FILED
June 14, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
: _____lad_____
DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS - WACO DIVISION

| | |
|---|---|
| PROFESSOR MICHAEL STEVEN MOATES, <br> MA, QBA, LBA, LMHP, LCMHC <br> 2700 COLORADO BOULEVARD APT 1526 <br> DENTON, TEXAS 76210 <br> MIKE@BEHAVIORMED.ORG <br><br> PLAINTIFF <br><br> VS. <br><br> JOSEPH R. BIDEN JR. <br> PRESIDENT OF THE UNITED STATES <br> 950 PENNSYLVANIA AVENUE, NW <br> WASHINGTON, DC 20530-0001 <br><br> STATE OF GEORGIA <br> 40 CAPITOL SQUARE, SW <br> ATLANTA, GA 30334 <br><br> STATE OF LOUISIANA <br> 1885 N. THIRD STREET <br> BATON ROUGE, LA 70802 <br><br> STATE OF MISSOURI <br> P.O. BOX 899 <br> JEFFERSON CITY, MO 65102 <br><br> STATE OF NORTH CAROLINA <br> P.O. BOX 629 <br> RALEIGH, NC 27602 <br><br> STATE OF OKLAHOMA <br> 313 NE 21ST STREET <br> OKLAHOMA CITY, OK 73105 | CASE NO. 6:22-cv-00626 _____ |

| | | |
|---|---|---|
| 1 | STATE OF TEXAS<br>300 W. 15TH STREET, 7TH FLOOR<br>AUSTIN, TX 78701 | )<br>)<br>) |
| 2 | | ) |
| 3 | STATE OF VIRGINIA<br>202 NORTH NINTH STREET<br>RICHMOND, VIRGINIA 23219 | )<br>)<br>) |
| 4 | WILLIAM BOURLAND, INDIVIDUALLY<br>7117 FORESTVIEW DR<br>ARLINGTON, TX 76016 | )<br>)<br>) |
| 5 | | ) |
| 6 | STATE OF WYOMING<br>109 STATE CAPITOL<br>CHEYENNE, WY 82002 | )<br>)<br>) |
| 7 | | ) |
| 8 | BRIAN FINDLAY, INDIVIDUALLY<br>6310 N MACARTHUR BLVD APT: 3039<br>IRVING, TX 75039 | )<br>)<br>) |
| 9 | | ) |
| 10 | MARIEL FERNANDEZ, INDIVIDUALLY<br>10503 METRIC DRIVE<br>DALLAS, TX 7524 | )<br>)<br>) |
| 11 | | ) |
| 12 | JOYCE MAUK, INDIVIDUALLY<br>1300 W LANCASTER<br>FORT WORTH, TX 76102 | )<br>)<br>) |
| 13 | | ) |
| 14 | CAROL SLOAN, INDIVIDUALLY<br>1120 MEDICAL PLAZA DRIVE<br>SUITE 100<br>THE WOODLANDS, TX 77380 | )<br>)<br>)<br>) |
| 15 | | ) |
| 16 | LAURIE SNYDER, INDIVIDUALLY<br>PO BOX 92123<br>SOUTHLAKE, TEXAS 76092 | )<br>)<br>) |
| 17 | | ) |
| 18 | STEPHANIE SOKOLOSKY,<br>INDIVIDUALLY<br>PO BOX 532228<br>HARLINGEN, TX 78553 | )<br>)<br>)<br>) |

# **NOTICE OF CONSTITUTIONAL CHALLENGE**

*PURSUANT TO FRCP RULE 5.1 THE PLAINTIFF HEREBY NOTIFIES ALL DEFENDANTS OF THE CONSTITUTIONAL CHALLENGE OF VARIOUS FEDERAL AND STATE STATUTES AND ADMINISTRATIVE RULES. IN ACCORDANCE WITH THE RULE, NOTICE WILL ALSO BE SENT TO THE ATTORNEY GENERAL OF THE UNITED STATES AND THE ATTORNEY GENERAL OF EACH RESPECTIVE STATE.*

VERY RESPECTFULLY,

13 June 2022

/S/ PROF. MICHAEL MOATES, MA, QBA, LBA, LCMHC, LMHP

2700 COLORADO BOULEVARD APT 1526

DENTON, TX 76210

817-999-7534

MIKE@BEHAVIORMED.ORG