FILED
June 14, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
lad
DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF TEXAS - WACO DIVISION

| | |
|---|---|
| PROFESSOR MICHAEL STEVEN MOATES,<br>MA, QBA, LBA, LMHP, LCMHC<br>2700 COLORADO BOULEVARD APT 1526<br>DENTON, TEXAS 76210<br>MIKE@BEHAVIORMED.ORG<br><br>PLAINTIFF<br><br>VS.<br><br>JOSEPH R. BIDEN JR.<br>PRESIDENT OF THE UNITED STATES<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530-0001<br><br>STATE OF GEORGIA<br>40 CAPITOL SQUARE, SW<br>ATLANTA, GA 30334<br><br>STATE OF LOUISIANA<br>1885 N. THIRD STREET<br>BATON ROUGE, LA 70802<br><br>STATE OF MISSOURI<br>P.O. BOX 899<br>JEFFERSON CITY, MO 65102<br><br>STATE OF NORTH CAROLINA<br>P.O. BOX 629<br>RALEIGH, NC 27602<br><br>STATE OF OKLAHOMA<br>313 NE 21ST STREET<br>OKLAHOMA CITY, OK 73105 | CASE NO. 6:22-cv-00626 |

| | | |
|---|---|---|
| 1 | STATE OF TEXAS<br>300 W. 15TH STREET, 7TH FLOOR<br>AUSTIN, TX 78701 | ) ) ) |
| 2 | | ) |
| 3 | STATE OF VIRGINIA<br>202 NORTH NINTH STREET<br>RICHMOND, VIRGINIA 23219 | ) ) ) |
| 4 | WILLIAM BOURLAND, INDIVIDUALLY<br>7117 FORESTVIEW DR<br>ARLINGTON, TX 76016 | ) ) ) |
| 5 | | ) |
| 6 | | ) |
| 7 | STATE OF WYOMING<br>109 STATE CAPITOL<br>CHEYENNE, WY 82002 | ) ) ) |
| 8 | | ) |
| 9 | BRIAN FINDLAY, INDIVIDUALLY<br>6310 N MACARTHUR BLVD APT: 3039<br>IRVING, TX 75039 | ) ) ) |
| 10 | | ) |
| 11 | MARIEL FERNANDEZ, INDIVIDUALLY<br>10503 METRIC DRIVE<br>DALLAS, TX 7524 | ) ) ) |
| 12 | | ) |
| 13 | JOYCE MAUK, INDIVIDUALLY<br>1300 W LANCASTER<br>FORT WORTH, TX 76102 | ) ) ) |
| 14 | | ) |
| 15 | CAROL SLOAN, INDIVIDUALLY<br>1120 MEDICAL PLAZA DRIVE<br>SUITE 100<br>THE WOODLANDS, TX 77380 | ) ) ) ) |
| 16 | | ) |
| 17 | LAURIE SNYDER, INDIVIDUALLY<br>PO BOX 92123<br>SOUTHLAKE, TEXAS 76092 | ) ) ) |
| 18 | | ) |
| 19 | | ) |
| 20 | STEPHANIE SOKOLOSKY,<br>INDIVIDUALLY<br>PO BOX 532228<br>HARLINGEN, TX 78553 | ) ) ) ) |
| 21 | | ) |

# **NOTICE OF ELECTION TO PROCEED BEFORE THE MAGISTRATE JUDGE**

PURSUANT TO 28 U.S.C. §636(c) THE PLAINTIFF HEREBY CONSENTS TO HAVE A PRE TRIAL PROCEEDINGS COMPLETED BEFORE THE MAGISTRATE JUDGE AND RESPECTFULLY REQUESTS THE CLERK TAKE NOTICE.

VERY RESPECTFULLY,
13 June 2022
/S/ PROF. MICHAEL MOATES, MA, QBA, LBA, LCMHC, LMHP
2700 COLORADO BOULEVARD APT 1526
DENTON, TX 76210
817-999-7534
MIKE@BEHAVIORMED.ORG