FILED
June 14, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF TEXAS - WACO DIVISION

| | |
|---|---|
| PROFESSOR MICHAEL STEVEN MOATES, MA, QBA, LBA, LMHP, LCMHC <br> 2700 COLORADO BOULEVARD APT 1526 <br> DENTON, TEXAS 76210 <br> MIKE@BEHAVIORMED.ORG <br><br> PLAINTIFF <br><br> VS. <br><br> JOSEPH R. BIDEN JR. <br> PRESIDENT OF THE UNITED STATES <br> 950 PENNSYLVANIA AVENUE, NW <br> WASHINGTON, DC 20530-0001 <br><br> STATE OF GEORGIA <br> 40 CAPITOL SQUARE, SW <br> ATLANTA, GA 30334 <br><br> STATE OF LOUISIANA <br> 1885 N. THIRD STREET <br> BATON ROUGE, LA 70802 <br><br> STATE OF MISSOURI <br> P.O. BOX 899 <br> JEFFERSON CITY, MO 65102 <br><br> STATE OF NORTH CAROLINA <br> P.O. BOX 629 <br> RALEIGH, NC 27602 <br><br> STATE OF OKLAHOMA <br> 313 NE 21ST STREET <br> OKLAHOMA CITY, OK 73105 <br><br> STATE OF TEXAS <br> 300 W. 15TH STREET, 7TH FLOOR <br> AUSTIN, TX 78701 <br><br> STATE OF VIRGINIA <br> 202 NORTH NINTH STREET <br> RICHMOND, VIRGINIA 23219 <br> WILLIAM BOURLAND, INDIVIDUALLY <br> 7117 FORESTVIEW DR | CASE NO. **6:22-cv-00626** _____ <br><br><br><br><br><br> **JURY TRIAL DEMANDED** |

|                                           |   |
|-------------------------------------------|---|
| ARLINGTON, TX 76016                       | ) |
|                                           | ) |
| STATE OF WYOMING                          | ) |
| 109 STATE CAPITOL                         | ) |
| CHEYENNE, WY 82002                        | ) |
|                                           | ) |
| BRIAN FINDLAY, INDIVIDUALLY               | ) |
| 6310 N MACARTHUR BLVD APT: 3039           | ) |
| IRVING, TX 75039                          | ) |
|                                           | ) |
| MARIEL FERNANDEZ, INDIVIDUALLY            | ) |
| 10503 METRIC DRIVE                        | ) |
| DALLAS, TX 7524                           | ) |
|                                           | ) |
| JOYCE MAUK, INDIVIDUALLY                  | ) |
| 1300 W LANCASTER                          | ) |
| FORT WORTH, TX 76102                      | ) |
|                                           | ) |
| CAROL SLOAN, INDIVIDUALLY                 | ) |
| 1120 MEDICAL PLAZA DRIVE                  | ) |
| SUITE 100                                 | ) |
| THE WOODLANDS, TX 77380                   | ) |
|                                           | ) |
| LAURIE SNYDER, INDIVIDUALLY               | ) |
| PO BOX 92123                              | ) |
| SOUTHLAKE, TEXAS 76092                    | ) |
|                                           | ) |
| STEPHANIE SOKOLOSKY, INDIVIDUALLY         | ) |
| PO BOX 532228                             | ) |
| HARLINGEN, TX 78553                       | ) |

## **MOTION FOR ECF ACCESS**

***PLAINTIFF MICHAEL MOATES, MA, QBA, LBA, LCMHC HEREBY MOTIONS THE COURT FOR ECF REGISTRATION. THE PLAINTIFF HAS USED THE PACER AND ECF SYSTEM IN THE PAST AS A JOURNALIST AND IN THE NORTHERN DISTRICT OF TEXAS. HAVING ACCESS TO PACER WOULD GREATLY DECREASE THE COST ASSOCIATED WITH SERVICE REQUIREMENTS.***

13 June 2022

VERY RESPECTFULLY,

/S/ PROF. MICHAEL MOATES, MA, QBA, LBA, LCMHC, LMHP
2700 COLORADO BOULEVARD APT 1526
DENTON, TX 76210
817-999-7534
MIKE@BEHAVIORMED.ORG