**FILED**
June 29, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ lad
DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF TEXAS - WACO DIVISION

| | |
|---|---|
| PROFESSOR MICHAEL STEVEN MOATES, MA, QBA, LBA, LMHP, LCMHC<br>2700 COLORADO BOULEVARD APT 1526<br>DENTON, TEXAS 76210<br>MIKE@BEHAVIORMED.ORG<br><br>PLAINTIFF<br><br>VS.<br><br>JOSEPH R. BIDEN JR.<br>PRESIDENT OF THE UNITED STATES<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530-0001<br><br>STATE OF GEORGIA<br>40 CAPITOL SQUARE, SW<br>ATLANTA, GA 30334<br><br>STATE OF LOUISIANA<br>1885 N. THIRD STREET<br>BATON ROUGE, LA 70802<br><br>STATE OF MISSOURI<br>P.O. BOX 899<br>JEFFERSON CITY, MO 65102<br><br>STATE OF NORTH CAROLINA<br>P.O. BOX 629<br>RALEIGH, NC 27602<br><br>STATE OF OKLAHOMA<br>313 NE 21ST STREET<br>OKLAHOMA CITY, OK 73105<br><br>STATE OF TEXAS<br>300 W. 15TH STREET, 7TH FLOOR<br>AUSTIN, TX 78701<br><br>STATE OF VIRGINIA<br>202 NORTH NINTH STREET<br>RICHMOND, VIRGINIA 23219 | CASE NO. 6:22-cv-00626<br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

Summary of Pleading - 1

| | |
|---|---|
| WILLIAM BOURLAND, INDIVIDUALLY<br>7117 FORESTVIEW DR<br>ARLINGTON, TX 76016 | )<br>)<br>)<br>) |
| STATE OF WYOMING<br>109 STATE CAPITOL<br>CHEYENNE, WY 82002 | )<br>)<br>)<br>) |
| TEXAS DEPARTMENT OF LICENSING AND<br>REGULATION<br>920 Colorado<br>Austin, Texas 78701 | )<br>)<br>)<br>)<br>) |
| MICHAEL ARISMENDEZ, INDIVIDUALLY<br>920 Colorado<br>Austin, Texas 78701 | )<br>)<br>)<br>) |
| KATIE BRICE, INDIVIDUALLY<br>920 Colorado<br>Austin, Texas 78701 | )<br>)<br>)<br>) |
| WILLIAM BOURLAND, INDIVIDUALLY<br>7117 FORESTVIEW DR<br>Arlington, TX 76016 | )<br>)<br>)<br>) |
| BRIAN FINDLAY, INDIVIDUALLY<br>6310 N MACARTHUR BLVD APT: 3039<br>IRVING, TX 75039 | )<br>)<br>)<br>) |
| MARIEL FERNANDEZ, INDIVIDUALLY<br>10503 METRIC DRIVE<br>DALLAS, TX 7524 | )<br>)<br>)<br>) |
| JOYCE MAUK, INDIVIDUALLY<br>1300 W LANCASTER<br>FORT WORTH, TX 76102 | )<br>)<br>)<br>) |
| CAROL SLOAN, INDIVIDUALLY<br>1120 MEDICAL PLAZA DRIVE<br>SUITE 100<br>THE WOODLANDS, TX 77380 | )<br>)<br>)<br>)<br>) |
| LAURIE SNYDER, INDIVIDUALLY<br>PO BOX 92123<br>SOUTHLAKE, TEXAS 76092 | )<br>)<br>)<br>) |
| STEPHANIE SOKOLOSKY, INDIVIDUALLY<br>PO BOX 532228<br>HARLINGEN, TX 78553 | )<br>)<br>)<br>) |

Summary of Pleading - 2

# OBJECTION TO THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

1. This OBJECTION to the Report and Recommendation by the Magistrate Judge is submitted to the Court pursuant to 28 U.S.C. § 636(b)(1)(C), Fed. R. Civ. P. 72(b)(2), and Rules 1(f) and 4(b) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Local Rules.

2. The Magistrate Judge's Report and Recommendation are flawed due to the following:

    a. The Court must consider whether paying filing fees and court costs will cause undue financial hardship. Prows v. Kastner, 842 F.2d 138, 140 (5th Cir. 1988). The argument here is whether the undue financial hardship is on the Plaintiff not whether it compares to the federal poverty levels. Obviously, depending on the circumstances or where someone lives, can affect their needs for funds. Furthermore, the circumstances that lead to the undue hardship should be considered.

    b. In this case, the Plaintiff simply does not have the funds and mostly due to the actions of the government (Defendants in this case). For example, Defendants State of Texas and State of Oklahoma have cost the Plaintiff 100's of dollars due to application fees and since they did not grant his license, they have impeded his ability to earn a living wage.

    c. As the Magistrate Judge quotes "The Court must review the litigant's financial resources as well as expenses and whether those expenses are discretionary or mandatory." None of the expenses by the Plaintiff are discretionary and the Plaintiff has been caused an undue hardship based on Defendants taking his money but refusing his ability to earn a living.

    d. The Plaintiff has had to pay Defendants more than $635 in licensing fees and has no way to recover that at the moment as they refuse to give him a license to practice. Plaintiff is being stretched thin by the government and

does not have the resources to pay the filing fee. Furthermore, the Plaintiff is concerned he would not qualify for a loan.

e. As the Magistrate stated, "parties may wish to file objections to this Report and Recommendation. Parties filing objections must specifically identify those findings or recommendations to which they object. The District Court need not consider frivolous, conclusive, or general objections." See Battle v. U.S. Parole Comm'n, 834 F.2d 419, 421 (5th Cir. 1987).

f. Being honest with the court, the Plaintiff cannot pay the fee and he wishes to save the appellate court time and this court time. He feels his civil rights were violated and that the government is acting in bad faith and respectfully asks the court to overturn the recommendation of the magistrate.

g. In addition, should the Plaintiff be required to appeal, according to Johnson v United States (1957) the appellate court would be required to assign the Plaintiff an attorney to "assist petitioner in prosecuting his application for leave to appeal in forma pauperis." At minimum, the appeal would be covered as "The only statutory requirement for the allowance of an indigent's appeal is the applicant's "good faith." 28 U.S. C. § 1915. In the absence of some evident improper motive, the applicant's good faith is established by the presentation of any issue that is not plainly frivolous. Farley v. United States, <u>354 U.S. 521</u>." See: Ellis v United States (1958). There is no bad faith here.

h. In enacting the federal in forma pauperis statute, Congress "intended to guarantee that no citizen shall be denied an opportunity to commence, prosecute, or defend an action, civil or criminal, in any court of the United States, solely because . . . poverty makes it impossible . . . to pay or secure the costs" of litigation. Adkins v. E. I. DuPont de Nemours & Co., 335 U.S. 331, 342 (1948)

Thank you for your consideration.

VERY RESPECTFULLY,

<u>/S/ PROF. MICHAEL MOATES, MA, QBA, LBA, LP- MASTER</u>

Summary of Pleading - 4

6004 Oakland Bend Drive #116

Fort Worth, TX 76112

254-966-2837

mike@QBSWB.com