**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **MICHAEL STEVEN MOATES,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CASE NO. 6:22-cv-00626-ADA-JCM |
| | § | |
| **JOSEPH R. BIDEN, JR., et al,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER TO SHOW CAUSE**

Came on this day to be considered *sua sponte* the status of the above styled and numbered cause. Plaintiff filed a Motion to Proceed *in forma pauperis* on June 14, 2022. Pl.'s Mot (ECF No. 2). The undersigned issued a Report and Recommendation recommending that Plaintiff's request be denied. R. & R. (ECF No. 12). Judge Albright adopted the Report and Recommendation and overruled Plaintiff's objections on October 18, 2022. Order (ECF No. 14). It has been fifty-five days since Plaintiff was denied permission to proceed *in forma pauperis* and Plaintiff has not paid the filing fee. Accordingly, the Court **ORDERS** that Plaintiff pay the filing fee by December 22, 2022. Failure to comply with this Court's order may result in dismissal for want of prosecution.

**SIGNED this 12th day of December 2022.**

_____
**JEFFREY C. MANSKE**
**UNITED STATES MAGISTRATE JUDGE**